ASSURED GUARANTY (UK) LTD., in the Right of Itself and of ORKNEY RE II PLC, Respondent, v J.P. MORGAN INVESTMENT MANAGEMENT INC., Appellant.

Submitted October 17, 2011; decided October 20, 2011

Motion by New York State Common Retirement Fund et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of RONALD J. CHISENA, a Suspended Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Respondent.

Decided October 20, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

DANIEL COSTIGAN, Respondent, v ELIZABETH A. RENNER, Appellant.

Submitted August 15, 2011; decided October 20, 2011

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 17 NY3d 704 (2011)].